IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MIDSTATE ADVERTISING, LLC** and **POTTER ENTERPRISES, LLC,** | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: _____
| **MIDSTATE SIGNS, LLC**; **CLL PROPERTIES, LLC** and **ARCHIBALD M. LEE, Sr.**, individually, | |
| *Defendants*. | |

## COMPLAINT

Comes now Plaintiffs Midstate Advertising, LLC ("Midstate Advertising") and Potter Enterprises, LLC ("Potter Enterprises," and together, "Plaintiffs"), by and through undersigned counsel, and for their Complaint against Defendants Midstate Signs, LLC ("Midstate Signs"), CLL Properties, LLC ("CLL Properties"), and Archibald M. Lee, Sr. ("Lee," and together, "Defendants"), states as follows:

## PARTIES

1. Midstate Advertising is an Alabama limited liability company doing business in Montgomery County, Alabama. James Potter is the sole member of Midstate Advertising and is a resident of Walton County, Florida. As such, Midstate Advertising is a citizen of Florida, the state where its sole member is a citizen.

2. Potter Enterprises is an Alabama limited liability company doing business in Montgomery County, Alabama. James Potter is the sole member of Potter Enterprises and is a resident of Walton County, Florida. As such, Potter Enterprises is a citizen of Florida, the state where its sole member is a citizen.

1

3. Lee is an individual over nineteen years of age who resides in, and is a citizen of, Montgomery County, Alabama.

4. Midstate Signs is an Alabama limited liability company doing business in Montgomery County, Alabama. Midstate Signs has two members, Lee and Charlsi Lee. Lee and Charlsi Lee are residents of Montgomery County, Alabama. As such, Midstate Signs is a citizen of Alabama, the state in which each of its members are citizens.

5. CLL Properties is an Alabama limited liability company doing business in Montgomery County, Alabama. Lee is the sole member of CLL Properties and is a resident of Montgomery County, Alabama. As such, CLL Properties is a citizen of Alabama, the state where its sole member is a citizen.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. Specifically, this civil action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

7. Venue is proper under 28 U.S.C. § 1391(b)(1) and (2). Specifically, all of the defendants are residents of Montgomery County, Alabama, and the transactions and property involved in the claims at issue occurred in, and is located in, Montgomery County, Alabama.

## FACTUAL ALLEGATIONS

8. On January 5, 2017, Midstate Advertising and Midstate Signs entered into a contract (the "Contract") whereby Midstate Advertising sold Midstate Signs all of its assets, including real property located at 1212 and 1224 Adams Avenue, Montgomery, Alabama 36104 (the "Real Property"). In exchange for the assets, Midstate Signs promised to pay Midstate Advertising $1,150,000. A true and correct copy of the Contract is attached hereto as **Exhibit A**.

9. As stated in the Contract, Midstate Signs owed $700,000 at closing, which was paid in full. Ex. A at 3. The remaining $450,000 was seller financed. *Id.*

10. On February 22, 2017, Midstate Signs and CLL Properties, as the borrowers, and Midstate Advertising and Potter Enterprises, as the lenders, executed a promissory note for the remaining $450,000 (the "Note"). A true and correct copy of the bill of sale, which includes the Note, is attached hereto as **Exhibit B**.

11. Additionally, Lee personally guaranteed the Note (the "Guaranty"). Ex. B at 21. As such, Lee is personally liable for unpaid amounts owed by Midstate Signs and CLL Properties to Midstate Advertising and Potter Enterprises under the Note.

12. After nonpayment by Lee, Potter sent a demand letter to Lee and his attorney, the authorized agent for service of notices under the Contract, on November 29, 2023. A true and correct copy of the demand letter is attached hereto as **Exhibit C**. Lee did not respond to the demand letter.

13. Lee has defaulted on the Note under sections 3(a)-(c), (e), and (g). *See* Ex. B at 15-16.

14. Upon the occurrence of an event of default, all amounts under the Note, including all principal and interest, become immediately due. *See* Ex. B at 16.

15. As of the filing of this complaint, Defendants owe Plaintiffs in excess of $500,000.00, plus interest, which continues to accrue, and costs of collection, including reasonable attorneys' fees. The full amount owed should be determined by the trier of fact. Such interest continues to accrue at a default rate of 7.75%.

## CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT

**Against Midstate Signs and CLL Properties**

16. Plaintiffs incorporate by reference the allegations of the preceding paragraphs.

17. Plaintiffs and Midstate Signs and CLL Properties entered into the Contract whereby Midstate Signs and CLL Properties promised to pay Plaintiffs.

18. Midstate Signs and CLL Properties breached the Contract by failing and/or refusing to pay amounts owed to Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against Midstate Signs and CLL Properties, jointly and severally, in excess of $500,000.00, plus interest, which continues to accrue, and costs of collection, including reasonable attorneys' fees.

### COUNT II – BREACH OF GUARANTY

**Against Lee**

19. Plaintiffs incorporate by reference the allegations of the preceding paragraphs.

20. Plaintiffs and Lee entered into the Guaranty whereby Lee promised to pay Plaintiffs.

21. Lee breached the Note by failing and/or refusing to pay amounts owed to Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against Lee, jointly and severally, in excess of $500,000.00, plus interest, which continues to accrue, and costs of collection, including reasonable attorneys' fees.

*s/Harlan F. Winn, III*
Harlan F. Winn, III (ASB-7322-N73H)
Madison T. Field (ASB-2960-S61E)

***Attorneys for Plaintiffs James Potter, Midstate Advertising, LLC, & Potter Enterprises, LLC***

**OF COUNSEL:**

**BATTLE & WINN LLP**
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Telephone: (205) 397-8160
Facsimile: (205) 397-8179
Email: hwinn@battlewinn.com
           mfield@battlewinn.com

**Defendants Shall Be Served via Process Server:**

Arch Lee
3507 Thomas Avenue
Montgomery, AL 36111

Midstate Signs, LLC
c/o Arch Lee, its Registered Agent
1212 Adams Avenue
Montgomery, AL 36104

CLL Properties, LLC
c/o Arch Lee, its Registered Agent
1212 Adams Avenue
Montgomery, AL 36104